1 | ELIZABETH A. STRANGE
  | First Assistant United States Attorney
2 | District of Arizona

3 | KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
  | DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
4 | MARGARET PERLMETER (Ariz. Bar No. 024805,
  | margaret.perlmeter@usdoj.gov)
5 | JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
  | Assistant U.S. Attorneys
6 | 40 N. Central Avenue, Suite 1800
  | Phoenix, Arizona 85004-4408
7 | Telephone (602) 514-7500

8 | JOHN P. CRONAN
  | Acting Assistant Attorney General
9 | Criminal Division, U.S. Department of Justice

10 | REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
   | Senior Trial Attorney, U.S. Department of Justice
11 | Child Exploitation and Obscenity Section
   | 950 Pennsylvania Ave N.W., Room 2116
12 | Washington, D.C. 20530
   | Telephone (202) 616-2807
13 | Attorneys for Plaintiff

14 | Attorneys for Plaintiff
   | UNITED STATES OF AMERICA
15 |

16 | UNITED STATES DISTRICT COURT

17 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In the matter of the seizure of Any and all funds held in Republic Bank of Arizona Account #11402485; 11101897; 11003126; 1021078316; 1021078324; 1021078332; 1021078103; 1021078162; and 1021078189 | No. 2:18-MJ-00996 <br><br> NOTICE OF ERRATA <br><br> Paragraphs 63a – 63h |
|---|---|

    Plaintiff United States of America (the "government"), by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney John J. Kucera, hereby files its Notice of Errata, indicating corrections to Paragraph 63a – 63h of the Affidavit.

On April 26, 2018, the government filed the affidavit in the above-captioned matter in support of its application for a seizure warrant. Since the initial filing, the government has discovered that some of the tracing language in paragraphs 63a – 63h of the affidavit is inaccurate. This inaccuracy, however, does not affect the Court's previous finding of probable cause to issue the seizure warrant.

The correct tracing language for paragraphs 63a – 63h is as follows:

    a.   On December 2, 2016, the Foreign Account (first described in paragraph 42, above) wired $324,055.85 to Seized Account 2A (Compass Bank account – 3873).

    b.   On December 8, 2016, the Foreign Account wired $499,970.00 to Seized Account 2A.

    c.   On December 27, 2016, the Foreign Account wired $199,970.00 to Seized Account 2A.

    d.   From March through December 2017, Seized Account 2A paid over $9,000 to "Cox Communications," an internet services company that provides voice-over-internet phone and cable services. I believe that Backpage uses Cox Communications to facilitate its internet presence and promote its sale of prostitution advertising.

    e.   On May 31, 2017, Seized Account 2A wired approximately $676,808.04 into SUBJECT ACCOUNT 16A.

    f.   On June 30, 2017 SUBJECT ACCOUNT 16A transferred $600,000 to SUBJECT ACCOUNT 16B.

    g.   On April 16, 2018, Lacey personally went into the

2

Republic Bank of Arizona, withdrew $500,000 from SUBJECT ACCOUNT 16A and opened SUBJECT ACCOUNT 16C with an initial deposit of the $500,000 he had just withdrawn from SUBJECT ACCOUNT 16A.

      h.  On or about February 15, 2018, Lacey drafted two checks totaling $1.2 million, which he used to fund his "CDARS" accounts at Republic Bank of Arizona. The first check was drawn from Seized Account 6 in the amount of $600,000. The second check was drawn from Seized Account 9, also in the amount of $600,000. The combination of these two checks totaling $1.2 million were split and deposited between SUBJECT ACCOUNTS 16D (which received $600,000), SUBJECT ACCOUNTS 16E (which received $300,000) and 16F (which received $300,000).

Dated: May 8, 2018

Respectfully submitted,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

    /s/*John J. Kucera*
KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA