Case 2:18-mj-00996-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 04/26/18   Page 1 of 2
Page ID #:129

# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Any and all funds held in Republic Bank of Arizona Account #11402485; 11101897; 11003126; 1021078316; 1021078324; 1021078332; 1021078103; 1021078162; and 1021078189

**SEIZURE WARRANT**

**CASE NUMBER:** 2:18-MJ-00996

TO: __United States Postal Service (USPIS)__ and any Authorized Officer of the United States, Affidavit(s) having been made before me by __POSTAL INSPECTOR LYNDON A. VERSOZA__ who has reason to believe that in the Northern District of California and elsewhere there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and all funds held in Republic Bank of Arizona Account #11402485; 11101897; 11003126; 1021078316; 1021078324; 1021078332; 1021078103; 1021078162; and 1021078189

which is (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. § 981(a)(1)(A) and (C)

**concerning a violation of Title __18__ United States Code, Sections __1952, 1956, and 1957__.**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

__Republic Bank of Arizona__ is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Postal Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

4/26/2018  2:30pm
Date and Time Issued

Los Angeles, California
City and State

Hon. JOHN E. MCDERMOTT, U.S. Magistrate Judge
Name and Title of Judicial Officer

[signature] John E. McDermott
Signature of Judicial Officer

JOHN J. KUCERA/drb

# AMENDED RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4/26/18 | 4/27/18 | Republic Bank of Arizona |

**INVENTORY MADE IN THE PRESENCE OF:** Quoc Thai (SA IRS-CI)

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

- x8103  1.) Certificate of Deposit - $500,000
- x8162  2.) Certificate of Deposit - $250,000
- x8189  3.) Certificate of Deposit - $250,000
- x8316  4.) Certificate of Deposit - $600,000
- x8324  5.) Certificate of Deposit - $300,000
- x8332  6.) Certificate of Deposit - $300,000
- x1897  7.) Bank Account - $75,835.31
- x3126  8.) Bank Account - $500,000.00  $515,314.54
- x2485  9.) Bank Account - ~~515,899.85~~
- x2485  10.) Check - 585.31

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 4/27/18

*Executing Officer's Signature*

Lyndon Versoza
*Printed Name and Title*